469 A.2d 288

**Commonwealth v. Lantzy, Appellant.**

Petition for Allowance of Appeal
Denied May 25, 1984.

December 1, 1983. Morton Jay Earley, for appellant; Gregory Allen Olson, District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and HESTER, JJ.

Judgment of sentence is affirmed.